COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:               Clyde Latrell Gray v. The State of Texas

Appellate case numbers:        01-17-00850-CR

Trial court case numbers:       1562576

Trial court:                    263rd District Court of Harris County

Appellant, Clyde Latrell Gray, has filed a pro se motion to dismiss his appeal. Appellant, however, is represented by counsel in this appeal. Until a motion to withdraw is granted, appointed counsel continues to represent appellant. *See In re Schulman*, 252 S.W.3d 403, 411 (Tex. Crim. App. 2008). And, appellant is not entitled to "hybrid representation," that is, "representation partly by counsel and partly by self." *Robinson v. State*, 240 S.W.3d 919, 921 (Tex. Crim. App. 2007); *Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004). Accordingly, we **dismiss** appellant's motion.

Appellant and his counsel should confer. If appellant no longer wishes to prosecute his appeal, appellant's counsel should file a motion that complies with Texas Rule of Appellate Procedure 42.2(a) in the appeal.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss _____
                       ☑ Acting individually    ☐ Acting for the Court

Date: ___April 30, 2019___